AO 10*
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Granade, Callie V. | U.S. District Court Southern District of Alabama | 07/21/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

John C. Campbell United States Courthouse
113 St. Joseph Street
Mobile, Alabama 36602

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (see note) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Southwest Bancshares, Inc. (Director's fees) |
| 2. | 2013 | Stone, Granade & Crosby, P.C. (law firm income) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/21/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Community Bank, Chatom, AL (See note) | Note secured by lot, house and rental cottage in Fairhope, AL | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southwest Bancshares stock (see note) | E | Dividend | P1 | Q | | | | | |
| 2. First Community Bank Accounts | A | Interest | M | T | | | | | |
| 3. Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 4. Army Aviation Center FCU | A | Interest | J | T | | | | | |
| 5. 1/2 interest in Virginia Properties, LLC (see note) | D | Distribution | J | W | | | | | |
| 6. Morgan Stanley Brokerage Account | F | Int./Div. | P1 | T | | | | | |
| 7. -- Bank Deposit Program Morgan Stanley Bank | A | Interest | M | T | | | | | |
| 8. -- Apple Computer Inc. common stock | C | Dividend | M | T | | | | | |
| 9. -- Biotech Holders Tr stock | | None | | | Sold | 01/07/13 | K | | |
| 10. -- Coca Cola stock | B | Dividend | K | T | | | | | |
| 11. -- Diageo PPLC SponADR stock | C | Dividend | M | T | | | | | |
| 12. -- Duke Energy Corp Hldg. Co. stock | C | Dividend | L | T | | | | | |
| 13. -- Ishares MSCI Aust Index Fund | B | Dividend | K | T | | | | | |
| 14. -- Ishares MSCI Brazil (free) Index Fund | A | Dividend | J | T | | | | | |
| 15. -- Kimberly Clark Corp. stock | C | Dividend | M | T | | | | | |
| 16. -- Microsoft common stock | B | Dividend | L | T | | | | | |
| 17. -- Monsanto Co. stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Nestle Spon ADR stock | C | Dividend | M | T | | | | | |
| 19. -- Pepsico Inc. NC stock | C | Dividend | M | T | | | | | |
| 20. -- Powershares Exchange TR Fund | A | Dividend | L | T | | | | | |
| 21. -- Powershares Water Res PTF | A | Dividend | L | T | | | | | |
| 22. -- Royal Bank of Scotland ser Q | C | Dividend | K | T | | | | | |
| 23. -- Sanofi CVR Rts 123120 | | None | J | T | | | | | |
| 24. -- Sherwin Williams Co. Ohio stock | B | Dividend | L | T | | | | | |
| 25. -- Target Corp. stock | A | Dividend | K | T | | | | | |
| 26. -- The Advisory Board Co. stock | | None | K | T | | | | | |
| 27. -- U. S. Bancorp common stock | B | Dividend | L | T | | | | | |
| 28. -- Alabama St Ser A Genl Obl Bond | B | Interest | | | Matured | 09/24/13 | L | A | |
| 29. -- JPM Chase Cap XVI | A | Interest | | | Redeemed | 05/08/13 | K | A | |
| 30. -- American Amcap A Mutual Fund | A | Dividend | L | T | | | | | |
| 31. -- American Growth Fund of America A Mutual Fund | C | Distribution | K | T | | | | | |
| 32. -- American Inv Co. of America A Mutual Fund | C | Distribution | L | T | | | | | |
| 33. -- Allstate Life Variable Annuity | | None | L | T | | | | | |
| 34. Morgan Stanley Retirement Account (IRA) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Managers Cadance Capp App A | A | Interest | L | T | | | | | |
| 36. -- Morgan Stanley Liquid Asset Fund | A | Interest | J | T | | | | | |
| 37. 1/12 mineral rights, parcel in Washington County, Alabama | | None | J | W | | | | | |
| 38. 12.5% interest in Daphne Offices, LLC, Daphne, AL (see note) | D | Rent | M | W | | | | | |
| 39. 16.24% interest in Stockton Oaks, LLC (see note) | D | Distribution | J | W | | | | | |
| 40. 1/6 interest in ▨▨▨ property in Magnolia Springs, AL | | None | K | W | | | | | |
| 41. 1/3 interest in real estate parcel #1 in Washington Cty ,AL | | None | L | W | | | | | |
| 42. 1/3 interest in real estate parcel #2 in Washington Cty, AL | | None | J | W | | | | | |
| 43. 1/2 int in real estate Parcel #3 in Washington Cty, AL | | None | J | W | | | | | |
| 44. 3% interest in realty in Fairhope, AL | | None | K | W | | | | | |
| 45. Ameritrade IRA | E | Int./Div. | O | T | | | | | |
| 46. -- Ameritrade cash account | | | | | | | | | |
| 47. -- Fairholme Fund | | | | | Buy (add'l) | 12/30/13 | J | | |
| 48. -- First Eagle Global Fund Class 1 | | | | | Buy (add'l) | 03/08/13 | J | | |
| 49. | | | | | Buy (add'l) | 04/24/13 | J | | |
| 50. | | | | | Buy (add'l) | 12/18/13 | J | | |
| 51. --Monetta TR Yound Investor Fund | | | | | Buy | 01/07/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy (add'l) | 01/08/13 | K | | |
| 53. | | | | | Sold (part) | 06/26/13 | J | | |
| 54. -- Pimco Stockplus SH Strat Fund | | | | | Sold | 01/04/13 | K | | |
| 55. -- Permanent Portfolio Fund Com | | | | | Sold (part) | 02/11/13 | K | | |
| 56. | | | | | Sold | 05/14/13 | J | | |
| 57. --Royce Dividend Vakue Inv CL | | | | | Buy | 01/17/13 | K | | |
| 58. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 59. | | | | | Buy (add'l) | 06/07/13 | J | | |
| 60. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 61. | | | | | Buy (add'l) | 12/06/13 | J | | |
| 62. -- Royce Low Priced Stock Service CL | | | | | Sold | 04/12/13 | J | | |
| 63. -- SPDR Gold Tr Gold SHS Closed End Fund (see note) | | | | | Sold (part) | 02/14/13 | K | | |
| 64. | | | | | Sold (part) | 02/20/13 | K | | |
| 65. | | | | | Sold (part) | 03/26/13 | J | | |
| 66. | | | | | Sold | 04/12/13 | K | | |
| 67. -- Yacktman FD INc COM | | | | | Sold (part) | 09/24/13 | J | | |
| 68. | | | | | Buy (add'l) | 12/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/21/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Blackrock FDS Health Sciences Fund | | | | | Buy (add'l) | 12/16/13 | J | | |
| 70. -- Ivy Fds Science & Tec A | | | | | Sold | 01/11/13 | K | | |
| 71. -- Ivy Fds Science & Tech Fund Class I | | | | | Buy | 01/14/13 | K | | |
| 72. | | | | | Sold | 04/26/13 | K | | |
| 73. -- Oakmark Fds Oakmark Fd | | | | | Buy | 02/08/13 | K | | |
| 74. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 75. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 76. -- Principal Investors Fds Real Estate Securities Fd Inst | | | | | Buy | 02/08/13 | K | | |
| 77. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 78. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 79. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 80. | | | | | Sold | 12/05/13 | K | | |
| 81. -- Central Fund of Canada Closed End Fund CL A | | | | | Sold (part) | 02/15/13 | J | | |
| 82. | | | | | Sold (part) | 02/20/13 | J | | |
| 83. | | | | | Sold | 04/12/13 | J | | |
| 84. -- Franklin Utilities Fd Adv | | | | | Buy | 03/05/13 | L | | |
| 85. | | | | | Buy (add'l) | 03/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 06/04/13 | J | | |
| 87. | | | | | Buy (add'l) | 09/04/13 | J | | |
| 88. | | | | | Buy (add'l) | 12/03/13 | J | | |
| 89. | | | | | | | | | |
| 90. -- Franklin Templeton Investments Mutual Global Discovery Fund Z | | | | | Buy | 04/25/13 | K | | |
| 91. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 92. -- Franklin Templeton Investments European Z | | | | | Buy | 12/06/13 | K | | |
| 93. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 94. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 95. Trust #1 (see note) (see Part I, Line 1) | None | | M | T | | | | | |
| 96. Trust #2 (see note) | None | | P1 | Q | | | | | |
| 97. -- Southwest Bancshares stock | | | | | | | | | |
| 98. Morgan Stanley Account #2 | None | | K | T | | | | | |
| 99. -- Genworth Life & Annuity annuity | None | | K | T | | | | | |
| 100. Stone, Granade & Crosby P.C. 401(k) (see note) | None | | N | T | | | | | |
| 101. --American Europacific Growth | | | | | | | | | |
| 102. --Artisan Mid-Cap Value | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/21/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Columbia Dividend income A | | | | | | | | | |
| 104. --Harbor International Institutional | | | | | | | | | |
| 105. -- Janus Triton - T (see note) | | | | | Buy | | J | | |
| 106. --Lazard Emerging Markets | | | | | | | | | |
| 107. --Neuberger Bernam Mid Cap Growth | | | | | | | | | |
| 108. --Royce Pennsylvania - Investment Class | | | | | Sold | | J | | |
| 109. --Van Eck Hard Assets | | | | | | | | | |
| 110. --Vanguard Large Cap Index Inv. | | | | | Sold | | L | | |
| 111. -- Vanguard Large Cap Index Signal | | | | | Buy | | K | | |
| 112. --Vanguard Mid-Cap Index Inv | | | | | Sold | | K | | |
| 113. -- Vanguard Mid-Cap Index - Signal | | | | | Buy | | K | | |
| 114. --Vanguard PRIMECAP Core | | | | | | | | | |
| 115. --Vanguard Small Cap Stock Index Trust Inv | | | | | Sold | | J | | |
| 116. -- Vanguard Small Cap Index - Signal | | | | | Buy | | J | | |
| 117. -- Vanguard Real Estate Securities Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 07/21/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI, Line 1: The only asset in Trust #1 is a Metropolitan Life permanent life insurance policy.

Part VII, Line 1: Appraisal (stock valuation) of stock value as of 12/31/2012.

Part VII, Line 5: Virginia Properties owned ▮▮▮ of real estate in Baldwin County, Alabama, which it sold during 2013. The LLC haas no further assets and will be dissolved in 2014.

Part VII, Line 39: Stockton Oaks, LLC owns ▮▮▮ in North Baldwin County, AL, with an estimated value of $223,000. 16.24% of $223,000 is $35,680

Part VII, Line 44: Although there is a rental cottage on the property, ▮▮▮ does not receive any of the rental income. ▮ is on the note for the property...see Part VI, Line 1..

Part VII, Line 95: The only asset in Trust #1 is a Metropolitan Life permanent life insurance policy.

Part VII, Line 96: The only asset in Trust #2 is stock of Southwest Bancshares, some of which was a gift from ▮▮▮ , and the rest purchases. The value of the trust is derived from an appraisal of the stock value as of 12/31/2012. There is no income from the trust currently going to any reportable beneficiary.

Part VII, Line 100: This is a 401(k) plan at ▮▮▮ law firm. The statements he receives do not give the dates of individual transactions, and I have not been able to obtain those. All the sales and purchases reported occurred during the first quarter of 2013, as they appeared on the first quarterly statement. I corresponded with the broker for the account who informed me in an email that "because ▮▮▮ investment election is the 'Stone Granade Crosby Aggressive Model', you will not see individual purchases and sales of underlying investment If the election were a target date fund, or a fund of funds (which in essence is exactlyh what the model is), it would be no different (i.e., there would be no deteail on the underlying transactions). Fyi, Royce Penn mutual fund was replaced by another fund and several Vanguard funds were replaced with a lower expense class of like shares (ones which were not previously available)."

Part VII, Line 105: See note at Part VII, Line 100

Part VII, Line 108: See note at Part VII, Line 100

Part VII, Line 110: See note at Part VII, Line 100

Part VII, Line 111: See note at Part VII, Line 100

Part VII, Line 112: See note at Part VII, Line 100

Part VII, Line 113: See note at Part VII, Line 100

Part VII, Line 115: See note at Part VII, Line 100

Part VII, Line 116: See note at Part VII, Line 100

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Callie V. Granade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544